CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 03 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **COREY PHILLIP HORN,** <br> Petitioner, | ) <br> ) <br> ) | Civil Action No. 7:15-cv-00657 |
| v. | ) <br> ) | **FINAL ORDER** |
| **HAROLD W. CLARKE,** <br> Respondent. | ) <br> ) <br> ) | By: Hon. Michael F. Urbanski <br> United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Respondent's motion to dismiss is **GRANTED**; the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 2nd day of June, 2016.

/s/ Michael F. Urbanski
United States District Judge